**EXHIBIT A**

**ORGANIZATION CHART**



[1] Texas nonprofit corporation, exempt from federal income tax as a charitable organization described in IRC Section 501(c)(3), sole shareholder of Seniority, Inc., and sole member of Northwest Senior Housing Corporation, Buckingham Senior Living Community, Inc., Barton Creek Senior Living Center, Inc., Tarrant County Senior Living Center, Inc., SQLC Senior Living Center at Corpus Christi, Inc., Mayflower Communities, Inc. and SQLC LSA, LLC.

[2] Texas nonprofit corporation, exempt from federal income tax as a charitable organization described in IRC Section 501(c)(3), and owner and operator of a continuing care retirement community (CCRC) located in Texas.

[3] Delaware non-stock, not-for-profit corporation, exempt from federal income tax as a charitable organization described in IRC Section 501(c)(3), qualified to do business in Indiana and owner and operator of a CCRC located in Indiana.

[4] Texas limited liability company, established to provide financial support in conjunction with the tax-exempt bond financings for the acquisition and development of the CCRCs owned and operated by Tarrant County Senior Living Center, Inc., SQLC Senior Living Center at Corpus Christi, Inc. and Mayflower Communities, Inc.

[5] Texas limited liability company, established to provide home health services to residents of Edgemere.  Northwest Senior Housing Corporation is owns 50% of the membership interest; an unrelated third party owns the remaining 50% membership interest.